

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00161-CV

**IN THE INTEREST OF I.G.W. AND D.P.W.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI07615
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The reporter's record was originally due May 2, 2017. The portion of the record requested, pursuant to the docketing statement, was the March 3, 2017 record taken by court reporter Letitia Moncivais. When the record was not filed, we sent notice to Ms. Moncivais, advising her that the record was past due, and that if no response was filed within ten days of the letter, the reporter's record would be due June 8, 2017. Ms. Moncivais did not respond to our notice letter and did not file the record by June 8, 2017. Accordingly, on June 14, 2017, the clerk's office of this court contacted Ms. Moncivais by telephone. Ms. Moncivais stated she was unaware a record had been requested and would filed a notification of late record that day. However, she did not file a notification of late record that day. Finally, on June 26, 2017, Ms. Moncivais sent an email and left a voicemail with the clerk's office. In the email and voicemail, Ms. Moncivais stated she had been hospitalized and was out of the office the week of June 19, 2017. She stated she would file a notification of late record on June 26, 2017. On that date, Ms. Moncivais filed a notification of late record in which she reiterates that she was out of the office during the week of June 19, 2017. Ms. Moncivais stated in her notification she would need an additional thirty days to prepare the record after she determines what appellant has requested.

Accordingly, after review, we granted the requested extension of time and ordered Ms. Moncivais to file her portion of the record in this court on or before July 26, 2017, eighty-five days from the original due date. On July 26, 2017, Ms. Moncivais filed a second notification of late recording, asking for an additional five days in which to complete and file the record in this court. We **GRANT** the requested extension of time and **ORDER** Ms. Moncivais to file the reporter's record in this court **on or before July 31, 2017**. **Ms. Moncivais is advised that no further extensions of time will be granted absent written proof of extraordinary circumstances that prevent the timely filing of the record. She is further advised that if the record is not filed by the date ordered, we may order her to appear and show cause why she should not be held in contempt.**

We **order** the clerk of this court to serve a copy of this order on court reporter Letitia Moncivais by certified mail, return receipt requested and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court, in addition to serving it upon appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.



_____
Luz Estrada
Chief Deputy Clerk